## SOUTHWEST NATIONAL BANK v. McVEY.

No. 12494—Opinion Filed Nov. 20, 1923.

Rehearing Denied Dec. 26, 1923.

**1. Banks and Banking — Banker's Lien on Deposit for Debt.**

The right of the plaintiff to exercise its banker's lien for the application of funds held by the bank to the payment of indebtedness owing by a depositor, presupposes: (a) That the fund deposited in the bank by the debtor was the property of the latter, (b) that the fund was deposited without restrictions and was not a special fund, and (c) an existing indebtedness then due and owing by the depositor to the bank.

**2. Same — Basis for Lien.**

The rule rests upon the principle that it would be inequitable to permit a depositor to carry an open account or funds in the bank which induces the bank to feel secure in granting a certain line of credit, and then permit the debtor to apply the funds to a purpose other than the satisfaction of the indebtedness, because the debtor had not expressly agreed to apply the same to the indebtedness owing to the bank.

**3. Same — Deposit of Funds of Third Party — Notice to Bank.**

It would be equally inequitable to give effect to the banker's lien in applying the funds of a stranger placed in the bank by the depositor in satisfaction of the indebtedness of the latter, when the bank had probable notice of the special character, and therefore did not induce the advancement of the credit to which they were applied or cause the bank to alter its relation with the debtor.

**4. Same — Issues — General Finding.**

If the previous business relations between a bank and depositor are such as to charge the bank with notice of probable agency or special ownership of funds, the question becomes an issue of fact between the parties, and a general finding against the plaintiff is a finding in favor of the defendant on the question of agency or special ownership of the funds.

**5. Same — Judgment Against Bank — Affirmance.**

Record examined, and held to support judgment for the defendant.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Lincoln County; Edward Dewes Oldfield, Assigned Judge.

Action by Southwest National Bank against T. M. McVey on a check delivered to a depositor by the defendant and deposited to the account of the payee in plaintiff bank. Judgment for defendant. Plaintiff brings error. Affirmed.

A. M. Beets and Paul G. Darrough, for plaintiff in error.

Wilson, Tomerlin & Threlkeld and L. E. Griffin, for defendant in error.

Opinion by STEPHENSON, C. The facts in this appeal are similar to the questions involved in the case of Southwest National Bank v. J. F. Evans et al. this day decided, 94 Okla. 185, 221 Pac. 53. The conclusions therein reached result adversely to the appellant's contentions made herein.

Therefore, it is recommended that the judgment of the trial court be in all matters affirmed.

By the Court: It is so ordered.